No. 1069.   HUFFMAN *v.* RAGEN, WARDEN; and
No. 1074.   WILLIS *v.* NIERSTHEIMER, WARDEN.   June 12, 1944.   Petitions for writs of certiorari to the Supreme Court of Illinois denied.

No. 1085.   KNIGHT *v.* CALIFORNIA ET AL.   June 12, 1944.   Petition for writ of certiorari to the Supreme Court of California denied.

No. 1088.   MILLWOOD *v.* RAGEN, WARDEN.   June 12, 1944.   Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1098.   EX PARTE THOMPSON, EXECUTRIX.   June 12, 1944.   Petition for writ of certiorari to the Supreme Court of Louisiana denied.

No. 1100.   POTERACKI *v.* RAGEN, WARDEN;
No. 1101.   GALL *v.* RAGEN, WARDEN;
No. 1102.   MOORE *v.* RAGEN, WARDEN; and
No. 1103.   NORVAL *v.* RAGEN, WARDEN.   June 12, 1944. Petitions for writs of certiorari to the Supreme Court of Illinois denied.

No. 1099.   SOGAN *v.* RAGEN, WARDEN.   June 12, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied for the reason that application therefor was not made within the time provided by law.   § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350.